**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

Claude W. Graham and Vickie B. Graham, Appellants,

v.

Town of Latta, South Carolina, Respondent.

Appellate Case No. 2014-000208

———————

Appeal From Dillon County
J. Michael Baxley, Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-331
Submitted May 1, 2016 – Filed June 29, 2016

———————

**AFFIRMED**

———————

Reynolds Williams, of Willcox Buyck & Williams, PA, of Florence, for Appellants.

Andrew F. Lindemann, Michael Brian Wren, and Daniel Clifton Plyler, all of Davidson & Lindemann, PA, of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *S.C. Dep't of Transp. v. First Carolina Corp. of S.C.*, 369 S.C. 150, 153, 631 S.E.2d 533, 535 (2006) ("The granting of leave to deposit money with the

court pursuant to Rule 67, SCRCP is a matter within the discretion of the trial court and will not be overturned absent an abuse of that discretion."); S.C. Code Ann. § 34-31-20(B) (Supp. 2015) ("A money decree or judgment of a court enrolled or entered must draw interest according to law."); Rule 67, SCRCP ("In an action in which any part of the relief sought is a judgment for a sum of money . . ., a party, upon notice to every other party, and by leave of court, may deposit with the court all or any part of such sum . . . ."); *Russo v. Sutton*, 317 S.C. 441, 444, 454 S.E.2d 895, 896 (1995) ("[A] judgment debtor's deposit of funds into the court pending his own appeal prevents further accrual of interest."); *Collins v. Doe*, 352 S.C. 462, 470, 574 S.E.2d 739, 743 (2002) ("Under the rules of statutory interpretation, use of words such as 'shall' or 'must' indicates the legislature's intent to enact a mandatory requirement.").

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.